UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.W.S.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IAIN D. JOHNSTON, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04718-JSW<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**<br><br>Re: Dkt. No. 60 |

　　Plaintiff Andrew Shalaby ("Plaintiff") has filed a motion for leave to file a supplemental complaint pursuant to Federal Rule 15(d). The Court has reviewed the motion, and it finds no response is needed and the matter is suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b).

　　On April 21, 2023, the Court dismissed Plaintiff's claims for lack of subject matter jurisdiction and lack of personal jurisdiction and entered judgment. (Dkt. Nos. 56-57.) Plaintiff filed a notice of appeal on May 13, 2023. (Dkt. No. 58.) That appeal is pending. *See Andrew Shalaby v. Iain Johnston, et al.*, No. 23-15742 (9th Cir. 2023). Plaintiff's appeal divested this Court of jurisdiction over the case, and Rule 15(d) cannot be invoked to "allow[] additional facts to be inserted into the record after an appeal has been filed." *Summers v. Earth Island Inst.*, 555 U.S. 488, 500 (2009); *see also*, 6A Charles Alan Wright, Arthur R. Miller, & Mary Kay Kane, *Federal Practice and Procedure:* § 1509 (3d. ed.). Accordingly, Plaintiff's motion is DENIED.

　　**IT IS SO ORDERED.**

Dated: June 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge